IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JOAN LLOYD-GRANSTON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION |
| | ) FILE NO.: |
| DESIREE WOODS, STEPHEN | ) |
| GREEN and DEKALB COUNTY | ) |
| SCHOOLS, | ) |
| | ) |
| Defendants. | ) |
| | ) |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1441(a) and 1446, Defendants Desiree Woods ("Woods"), Stephen Green ("Dr. Green") and DeKalb County Schools ("DCSD") (hereinafter collectively "Defendants"), file this Notice of Removal and respectfully show the Court the following:

1.

On September 11, 2019, Plaintiff Joan Lloyd-Granston ("Plaintiff") filed suit against the Defendants in the State Court of DeKalb County, Georgia. DeKalb County is within the Atlanta Division of this Court. That suit is styled as above and numbered Civil Action File No. 19A76583.

2.

On September 16, 2019, service was accepted for Defendants DCSD and Green. On September 23, 2019, Defendant Woods was served. Defendants file this Notice within thirty (30) days of service as required by 42 U.S.C. § 1446(b).

3.

Plaintiff asserts claims pursuant to Title VII of the Civil Rights Act of 1964 (Ex. 1 at ¶ 33). This Court has original jurisdiction over this civil action pursuant to 28 U.S.C. §§ 1331 and 1343 because Plaintiff has asserted a claim or right arising under the laws of the United States. Accordingly, this case may be removed to this Court pursuant to the provisions of 28 U.S.C. §§ 1441(a).

4.

To any extent Plaintiff's claims arise under state law, this Court has supplemental jurisdiction pursuant to 28 U.S.C. § 1367 because such claims are part of the same case or controversy that gives rise to Plaintiff's claims under federal law.

5.

The undersigned counsel represents Defendants Woods, Green, and DCSD in this action. Defendants consent to this removal.

2

6.

True and correct copies of all pleadings filed in this action and any other orders or actions by the state court are attached to this Notice collectively as Exhibit 1.

7.

Defendants have served written notice of the filing of this Notice to Plaintiff, who is *pro* se, via United States mail, a copy of which is attached hereto as Exhibit 2. Defendants have also filed a written notice of the filing of this Notice with the Clerk of the State Court of DeKalb County, a copy of which is attached hereto as Exhibit 3.

8.

The undersigned has read this Notice of Removal and, to the best of his knowledge, information and belief, formed after a reasonable inquiry, it is well grounded in fact, warranted by existing law or an extension or modification of existing law, and is not interposed for any improper purposes, such as to harass or cause unnecessary delay or needless increase in the cost of this litigation.

WHEREFORE, Defendants respectfully request that this Court assume full jurisdiction of the controversy now pending between Plaintiff and Defendants in the State Court of DeKalb County as provided by law.

Respectfully submitted this the 16th day of October, 2019.

/s/Brandon O. Moulard
BRANDON O. MOULARD
Georgia Bar No.:  940450
DANNY D. PATTERSON
Georgia Bar No.:  941731
*Attorneys for Defendants*

NELSON MULLINS RILEY & SCARBOROUGH LLP
Atlantic Station / 201 17th Street, NW / Suite 1700
Atlanta, GA  30363
Telephone:  (404) 322-6000
Facsimile:  (404) 322-6050
brandon.moulard@nelsonmullins.com
danny.patterson@nelsonmullins.com

4

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that I electronically filed this *Notice of Removal* with the Clerk of Court using the CM-ECF System and will send same via e-mail and U.S. Mail to:

> Joan Lloyd-Granston
> 4608 Chafin Point Court
> Snellville, Georgia 30039
> joanplloyd@aol.com

This the 16th day of October, 2019.

> /s Brandon O. Moulard
> BRANDON O. MOULARD
> Georgia Bar No.:  940450
> DANNY D. PATTERSON
> Georgia Bar No.:  941731
> *Attorneys for Defendants*

NELSON MULLINS RILEY & SCARBOROUGH LLP
Atlantic Station / 201 17th Street, NW / Suite 1700
Atlanta, GA  30363
Telephone:  (404) 322-6000
Facsimile:  (404) 322-6050
brandon.moulard@nelsonmullins.com
danny.patterson@nelsonmullins.com

5